THOMAS G. STENDER, APPELLANT AND CROSS-APPELLEE, V.
MAUREEN STENDER, APPELLEE AND CROSS-APPELLANT.
464 N.W.2d 335

Filed January 11, 1991.   No. 89-414.

Deborah K. Long for appellant.

David L. Kimble, of Souchek & Kimble, for appellee.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN, GRANT, and FAHRNBRUCH, JJ.

PER CURIAM.

From a review of the record, briefs, and recommendation of the Appellate Division of the District Court, we modify the decree of the district court to provide that appellee pay to the appellant toward the support of the minor children of the parties the sum of $10 per month per child during the minority of each child, and, as modified, the judgment of the district court is affirmed.

AFFIRMED AS MODIFIED.